UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

SHANNON WOODS,

     Plaintiff,

                                  No. 15-cv-10324

v

                                  HON. AVERN COHN

MICHIGAN DEPARTMENT OF
CORRECTIONS, RYAN JOHNSON,    MAG. DAVID R. GRAND
and, MONICA BURTON,

     Defendants.

_____

Kevin Ernst (P44223)
Jonathan R. Marko (P72450)
Ernst & Marko Law, PLC
Attorneys for Plaintiff
645 Griswold Street, Suite 4100
Detroit, MI 48226
(313) 965-5555
Kevin@ernstmarkolaw.com
Jon@ernstmarkolaw.com

Bryan W. Beach (P69681)
Attorney for Defendants MDOC and Monica Burton
P. O. Box 30217
Lansing, MI 48909
(517) 373-6434
beachb@michigan.gov

_____/

**STIPULATION AND ORDER OF DISMISSAL**

The above-named parties, by and through their respective

attorneys, do hereby stipulate and agree to the dismissal with prejudice

of the above-captioned case in its entirety with no costs or fees awarded to either party.

This Court has yet to rule on the matter of the former attorney Rasor Law Firm's lien which is pending before this Court.  See Docket # 40, Attorney Lien.

Dated: <u>January 18, 2019</u>   <u>*/s/Jonathan R. Marko (w/consent)*</u>
          Jonathan R. Marko (P72450)
          Attorney for Plaintiff

Dated: <u>January 18, 2019</u>   <u>*/s/Bryan W. Beach*</u>
          Bryan W. Beach (P69681)
          Assistant Attorney General
          Attorney for Defendants

## **ORDER TO DISMISS**

The parties, having stipulated to the above dismissal of claims and the Court otherwise being fully advised in the premises:

IT IS HEREBY ORDERED that the foregoing matter is dismissed with prejudice and without costs or attorney fees to either party.

This Court has yet to rule on the matter of the former attorney Rasor Law Firm's lien which is pending before this Court.  See Docket # 40, Attorney Lien.

Dated: <u>1/22/2019</u>      S/Avern Cohn
           HON. AVERN COHN